■ NORMAN SCHLESINGER, Respondent, v. FREEMON REALTY CORP. et al., Appellants.— Order, Supreme Court, New York County, entered July 27, 1971, unanimously affirmed, without costs and without disbursements. In affirming, we do not necessarily adopt the conclusion of the Justice at Special Term that the writing involved is unambiguous, the question of the intent of the parties remaining for trial. Concur — Stevens, P. J., McGivern, Markewich, Nunez and Eager, JJ.

■ In the Matter of the Estate of JOSEPH J. BECK, Deceased. ANN BECK, Appellant; CATHERINE SCOTT, Respondent.— Decree, Surrogate's Court, New York County, entered on February 17, 1972, affirmed and the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur —Stevens, P. J., Markewich, Nunez and Eager, JJ.; McGivern, J., dissents in part and would not award costs and disbursements to respondent as against petitioner. No opinion.